United States District Court
Northern District of California

| | |
|---|---|
| GLORIA SANCHEZ,<br><br>        Plaintiff,<br>  v.<br><br>CENTRAL MORTGAGE COMPANY, et al.,<br><br>        Defendants. | Case No.: C 14-00138-KAW<br><br>ORDER TO SHOW CAUSE |

Plaintiff Gloria Sanchez, who is represented by counsel, commenced this wrongful foreclosure action on January 9, 2014. An initial case management conference was set for April 3, 2014. Given that Plaintiff had not filed a certificate of service showing that the defendants in this case had been served with a copy of the summons and complaint, the Court, on its own initiative, continued the initial case management conference to June 10, 2014.

As of the filing of this order, Plaintiff has not filed a certificate of service showing that a copy of the summons and complaint has been served on either defendant within the time specified in Federal Rule of Civil Procedure 4(m). Nor has she requested an extension of time to effect service.

Therefore, the Court hereby orders Plaintiff to show cause why this case should not be dismissed for failure to prosecute. Plaintiff shall file a written response to this order to show cause by no later than June 11, 2014. The initial case management conference currently set for June 10, 2014 is continued to August 12, 2014.

IT IS SO ORDERED.

Dated: May 28, 2014

                                                KANDIS A. WESTMORE
                                                United States Magistrate Judge